# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MICHAEL J. MONTROY, | : No. 35 WM 2014 |
| Petitioner | : |
| v. | : |
| MARK CAPOZZA, SUPERINTENDENT, S.C.I. PITTSBURGH; AND JOHN E. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of August, 2014, the "Application for Exercise of King's Bench Power Emergency Writ of Habeas Corpus" is **DENIED**.